STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
kimberly.frayn@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **CRIMINAL INDICTMENT** |
| vs. | Case No.: 2:17-CR- 251 |
| RUBEN PARRA-RIVERA, | VIOLATION: |
| Defendant. | 8 U.S.C. § 1326, Deported Alien Found Unlawfully in the United States |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
(Deported Alien Found Unlawfully in the United States)

On or about July 27, 2017, in the State and Federal District of Nevada,

**RUBEN PARRA-RIVERA,**

defendant herein, an alien, who had been deported and removed from the United States on or about: April 3, 2014; and April 19, 2015, was found in the United States, having

1

reentered and remained in this country without the express consent of the Attorney General of the United States or the Secretary for Homeland Security, to this defendant to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326.

**DATED:** This 8th day of August, 2017.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

STEVEN W. MYHRE
Acting United States Attorney

KIMBERLY M. FRAYN
Assistant United States Attorney